IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

PATRICK A. CLARK                                                                  PLAINTIFF

                    v.                                5:15-cv-05079

DEPUTY GRAHAM ROBINSON                                      DEFENDANT

### **REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

Plaintiff submitted this *pro se* action for filing on April 6, 2015. On that date, the Court advised Plaintiff that it was his responsibility to immediately inform the Court of any change of address (Doc. 3). At the time he filed his Complaint, Plaintiff was incarcerated in the Washington County Detention Center.

On June 9, 2015, the Court received returned mail marked undeliverable. The Court, on its own research, located Plaintiff's home address provided to the detention center. A change of address order was entered on Plaintiff's behalf on June 22, 2015 (Doc. 15). The Court again received returned mail marked undeliverable on August 31, 2015. No new address for the Plaintiff has been found.

On September 15, 2015, an Order to Show Cause was entered, directing the Plaintiff to show cause why he failed to keep the Court informed of his current mailing address. The Order to Show Cause states that failure to respond would subject the case to dismissal. The Order to Show Cause was returned as undeliverable. Again, no new address for the Plaintiff is available.

To date, Plaintiff has not responded to the Order to Show Cause. Accordingly, I recommend that this case be dismissed based on Plaintiff's failure to prosecute the action and his failure to obey the orders of the Court. Fed. R. Civ. P. 41(b).

**Plaintiff has fourteen days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. Plaintiff is reminded that**

**objections must be both timely and specific to trigger de novo review by the district court.**

IT IS SO ORDERED this 30th day of September, 2015.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)